```
                                    ___ FILED       ___ RECEIVED
                                    ___ ENTERED     ___ SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                       CLERK US DISTRICT COURT
                                         DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
District of Nevada
SEAN C. JONES
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6545

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL BARNES and<br><br>AMBER L. MARQUARDT,<br><br>　　　　　Defendant(s). | SUPERSEDING CRIMINAL INDICTMENT<br><br>2:13-cr-00423-JCM-GWF<br><br>**VIOLATIONS:** Title 18 U.S.C. § 2423(a) – *Transportation of a Minor for Prostitution*; Title 18 U.S.C. § 1591(a)(1) – *Trafficking of a Child*; and Title 18 U.S.C. § 2251(a) – *Sexual Exploitation of Children*; Title 18 U.S.C. § 2 – *Aiding and Abetting* |

**THE GRAND JURY CHARGES:**

<u>Count One</u>
*TRANSPORTATION OF A MINOR FOR PROSTITUTION*

Between on or about April 2013 and May 2013, in the State and Federal District of Nevada and elsewhere,

**DANIEL JAMES BARNES** and
**AMBER LYNN MARQUARDT,**

defendants herein, did knowingly transport an individual, that is "J.M.," a minor, who at the time was under the age of 18 years, in interstate commerce from in or about Las Vegas, Nevada to California with the intent that J.M. engage in prostitution and sexual activity for which any person can be charged with a criminal offense, in violation of Title 18 United States Code, Sections 2423(a) and 2.

### Count Two
*TRAFFICKING OF A CHILD*

Between on or about April 2013 and May 2013, in the State and Federal District of Nevada and elsewhere,

**DANIEL JAMES BARNES** and
**AMBER LYNN MARQUARDT**,

defendants herein, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain and maintain by any means, "J.M.," a minor, knowing that said person would be caused to engage in commercial sex acts, in violation of Title 18 United States Code, Section 1591(a)(1) and 2.

### Count Three
*SEXUAL EXPLOITATION OF CHILDREN*

Between on or about April 2013 and May 2013, in the State and Federal District of Nevada,

**DANIEL JAMES BARNES**,

defendant herein, did employ, use, persuade, induce, entice and coerce a minor, "J.M.," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce, and the visual depiction was produced or transmitted using

. . .

. . .

. . .

. . .

materials that have been mailed, shipped or transported in or affecting interstate commerce by any means, including a computer, in violation of Title 18, United States Code, Sections 2251(a) and 2.

DATED: this 15th day of October, 2014.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_____
SEAN C. JONES
Special Assistant United States Attorney