LUCAS J. GAFFNEY
Nevada Bar 12373
ORONOZ & ERICSSON LLC
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
luke@oronozlawyers.com
*Attorney for Daniel Barnes*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL BARNES,<br><br>    Defendant. | CASE NO: 2:13-CR-423-JCM-GWF<br><br>**UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER** |

COMES NOW, DANIEL BARNES, by and through his attorney of record, LUCAS J. GAFFNEY, ESQ., of the law firm ORONOZ & ERICSSON LLC, and hereby moves this Honorable Court to order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of DANIEL BARNES as soon as possible.

This request is based upon the pleadings and papers on file herein, the attached Memorandum of Points and Authorities, and any oral argument the Court may entertain.

Dated this 8th day of April, 2015.

                                     */s/ Lucas J. Gaffney*
                                     LUCAS J. GAFFNEY, ESQ.
                                     Nevada Bar No. 12373
                                     700 South Third Street
                                     Las Vegas, NV 89101
                                     *Attorney for Daniel Barnes*

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **STATEMENT OF FACTS**

A federal grand jury returned an Indictment on October 15, 2014, charging Defendant with one count of Transportation of a Minor for Prostitution, in violation of 18 U.S.C. § 2423(a); Trafficking of a Child, in violation of 18 U.S.C. § 1591(a)(1); Sexual Exploitation of Children, in violation of 18 U.S.C. § 2251(a).

II. **LEGAL ARGUMENT**

A presentence investigation may be initiated prior to entry of a guilty plea or nolo contendere or prior to the establishment of guilt. *See generally* Fed. R. Crim. P. 32.

Counsel requires a pre-plea presentence investigation report to determine whether Mr. Barnes is potentially eligible for Career Offender or Armed Career Criminal.

Counsel understands that Mr. Barnes has prior felony convictions. Counsel cannot accurately calculate whether Mr. Barnes qualifies as a Career Offender pursuant to U.S.S.G. § 4B1.1, or Armed Career Criminal pursuant to U.S.S.G. § 4B1.4, without the information that would be provided in the Pre-Plea PSR. Mr. Barnes' eligibility for Career Offender or Armed Career Criminal will drastically impact his sentencing exposure, potential negotiations, and his decision as to how he should proceed in this matter. In addition, the timing of Mr. Barnes' prior convictions could impact his Guideline range and criminal history score. A pre-plea presentence investigation report will promote judicial economy and could greatly expedite the manner in which this case is resolved. Furthermore, Mr. Barnes consents to the pre-plea presentence investigation.

Therefore, undersigned counsel respectfully requests this Court issue an Order directing the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Mr. Barnes as soon as possible.

### III. CONCLUSION

Based on the foregoing, Defendant asks this Court to grant his Motion to Conduct a Pre-Plea Presentence Investigation Report. Defendant further requests this Court order the United States Department of Parole & Probation to conduct a pre-plea presentence investigation report of Mr. Daniel Barnes as soon as possible.

Dated this 8th day of April, 2015.

*/s/ Lucas J. Gaffney*
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
700 South Third Street
Las Vegas, NV 89101
*Attorney for Daniel Barnes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:13-CR-423-JCM-GWF |
| vs. | ) **ORDER** |
| DANIEL BARNES, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Investigation Report on Defendant DANIEL BARNES.

DATED April 15, 2015.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz & Ericsson LLC and is a person of such age and discretion as to be competent to serve papers.

That on April 8, 2015, I served an electronic copy of the above and foregoing UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to the person(s) named below:

>DANIEL G. BOGDEN
>United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*
>
>CRANE M. POMERANTZ
>Assistant United States Attorney
>333 Las Vegas Blvd. South, #5000
>Las Vegas, NV 89101
>*Counsel for United States*

>/s/     Rachael Stewart
>Employee of the Oronoz & Ericsson LLC