**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>DANIEL JAMES BARNES, )<br>)<br>Defendants. )<br>_____ ) | Case No. 2:13-cr-00423-JCM-GWF<br><br>**ORDER** |

   This matter is before the Court on Defendant Daniel Barnes' Request for Attorney Compliance (#156), filed on August 24, 2015.

   Defendant Barnes filed this motion pro-se. He requests that appointed counsel Lucas Gaffney subpoena records and the custodians of records from hotels in Modesto, California, and Merced, California. The Defendant represents that he has requested these records ten times. Defense counsel is responsible for making strategic decisions about the Defendant's case, and only counsel may file motions before the Court. Accordingly,

   **IT IS HEREBY ORDERED** that Defendant Daniel Barnes' Request for Attorney Compliance (#156) is **stricken**.

   **DATED** this 27th day of August, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge