

```
               FILED          RECEIVED
               ENTERED        SERVED ON
                       COUNSEL/PARTIES OF RECORD

               FEB 1 0 2016

               CLERK US DISTRICT COURT
        BY:      DISTRICT OF NEVADA
        BY:                           DEPUTY
```

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Allison L. Herr
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
702-388-6545

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **SECOND SUPERSEDING** |
| ) | **CRIMINAL INDICTMENT** |
| Plaintiff, ) | |
| ) | 2:13-cr-00423-JCM-GWF |
| Vs. ) | |
| ) | **VIOLATIONS:** |
| DANIEL JAMES BARNES, ) | *Conspiracy to Commit Sex Trafficking* |
| ) | *of a Child*, 18 U.S.C. §1591(a)(1),(b)(2), |
| ) | (c), and 1594(c) |
| Defendant. ) | *Sex Trafficking of a Child*, 18 U.S.C. §1591 |
| ) | (a)(2), and (b)(2) |
| ) | *Transportation of a Minor for Prostitution*, |
| ) | 18 U.S.C. §2423(a) and (e) |
| ) | *Conspiracy to Commit Sexual Exploitation* |
| ) | *of a Child*, 18 U.S.C. § 2251(a) and (e) |

**THE GRAND JURY CHARGES THAT:**

<u>Count One</u>
***CONSPIRACY TO COMMIT SEX TRAFFICKING OF A CHILD***

From in or about April 2013 to in or about August 2013, within the State and Federal District of Nevada and elsewhere,

**DANIEL JAMES BARNES,**

defendant herein, conspired, confederated and agreed with others known and unknown to the Grand Jury, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, and benefited financially from participation in a venture which recruited, enticed,

harbored, transported, provided, obtained and maintained by any means, in and affecting interstate commerce, girls, including but not limited to "J.M.", who had not attained the age of 18 years, and having had a reasonable opportunity to observe the girls, and knowing and in reckless disregard of the fact that the girls had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(2) and (c), and 1594(c).

### Count Two
### *SEX TRAFFICKING OF A CHILD*

From in or about April 2013 to in or about May 2013, within the State and Federal District of Nevada and elsewhere,

**DANIEL JAMES BARNES,**

defendant herein, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, and benefited financially from participation in a venture which recruited, enticed, harbored, transported, provided, obtained and maintained by any means, in and affecting interstate commerce, "J.M." who had not attained the age of 18 years, and having had a reasonable opportunity to observe "J.M.," and knowing and in reckless disregard of the fact that "J.M." had not attained the age of 18 years, and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a), (b)(2) and (c).

### Count Three
### *TRANSPORTATION OF A MINOR FOR PROTITUTION*

From in or about April 2013 to in or about May 2013, within the State and Federal District of Nevada and elsewhere,

**DANIEL JAMES BARNES,**

defendant herein, did knowingly transport an individual, that is "J.M.," a minor, who had not attained the age of 18 years, in interstate commerce from in or about Clark County, Nevada, to

California, and elsewhere, with the intent that such individual engage in prostitution, in violation of Title 18, United States Code, Sections 2423(a).

### Count Four
### *CONSPIRACY TO COMMIT SEXUAL EXPLOITATION OF A CHILD*
### *(Production of Child Pornography)*

From in or about April 2013 to in or about May 2013, within the State and Federal District of Nevada, and elsewhere,

**DANIEL JAMES BARNES,**

defendant herein, did conspire, confederate and agree with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice and coerce a minor, "J.M.," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2251(a) and (e).

DATED: this 10th day of February, 2016.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ALLISON L. HERR
Special Assistant United States Attorney