# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
          Plaintiff,  )    Case No. 2:13-cr-00423-JCM-GWF
vs.  )    **ORDER**
DANIEL JAMES BARNES,  )
          Defendants.  )

      This matter is before the Court on the Government's Motion to Restrict Defendant From Contacting Witnesses Except Through Counsel (#231), filed on March 25, 2016.

      The Government represents that Defendant is "attempting to directly contact various government witnesses, claiming that the government, his attorney, and his investigator are all withholding evidence from him." *Motion (#231), pg. 3, ln. 21–23.* The Government asserts that Defendant should be prohibited from directly contacting witnesses and should only do so through the auspices of his counsel. The Court agrees. Accordingly,

      **IT IS HEREBY ORDERED** that the Government's Motion to Restrict Defendant From Contacting Witnesses Except Through Counsel (#231) is **granted**, in part. Defendant shall not directly contact witnesses and any communications must go though Defendant's counsel. The District Judge will address the Government's request relating to courtroom security.

      DATED this 29th day of March, 2016.

                                            _/s/ George Foley Jr._
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge