IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br>DANIEL JAMES BARNES,<br>    Defendant. | Case No. 2:13-cr-423-JCM-GWF<br><br>**ORDER TEMPORARILY UNSEALING TRANSCRIPT** |

On March 30, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Lucas Gaffney, counsel for defendant, requesting a transcript of the sealed hearing March 29, 2016, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Lucas Gaffney.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 30th day of March 2016.

_____
JAMES C. MAHAN
U.S. District Court Judge