DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
ALLISON HERR
Special Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         APR  5 2016

                      CLERK US DISTRICT COURT
                        DISTRICT OF NEVADA
                  BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-cr-00423-JCM-GWF |
| Plaintiff, | VERDICT FORM |
| vs. | |
| DANIEL BARNES, | |
| Defendants. | |

### VERDICT

We, the jury in the above entitled case, upon our oaths, do say:

1. COUNT ONE: We find **DANIEL BARNES** _GUILTY_ [Guilty/Not Guilty], of the offense of *Conspiracy to Commit Sex Trafficking of a Child* as charged in Count One of the Indictment.

2. COUNT TWO: We find **DANIEL BARNES** _GUILTY_ [Guilty/Not Guilty], of the offense of *Sex Trafficking of a Child* as charged in Count Two of the Indictment.

3. <u>COUNT THREE</u>: We find **DANIEL BARNES** _GUILTY_ [Guilty/Not Guilty], of the offense of *Transportation of a Minor For Prostitution* as charged in Count Three of the Indictment.

4. <u>COUNT FOUR</u>: We find **DANIEL BARNES** _GUILTY_ [Guilty/Not Guilty], of the offense of *Conspiracy to Commit Sexual Exploitation of a Child (Production of Child Pornography)* as charged in Count Four of the Indictment.

DATED this __6__ day of April, 2016.