# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | 2:13-CR-0423-JCM-GWF |
| | ) | |
| DANIEL JAMES BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated April 14, 2016.

_____
JAMES C. MAHAN, U.S. DISTRICT JUDGE