# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-423 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| DANIEL JAMES BARNES, | |
| Defendant(s). | |

Presently before the court is defendant Daniel James Barnes's motion to reconsider the court's order denying his motion for acquittal. (ECF No. 308). The government has not filed a response.

Defendant filed his motion *pro se*. (*See* ECF No. 308). Pursuant to Local Rule ("Rule") IA 11-6(a), a party who is represented by counsel may not, amongst other things, file papers with the court:

> A party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. An attorney who has appeared for a party must be recognized by the court and all the parties as having control of the client's case, however, the court may hear a party in open court even though the party is represented by an attorney.

D. NEV. R. IA 11-6(a).

The record in this case reflects that Barnes is represented by two attorneys: Lucas Gaffney and James A. Oronoz. Defendant thus filed his motion in violation of Rule IA 11-6(a). Defendant's motion is therefore denied.

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Daniel James Barnes's motion to reconsider the court's order denying his motion for acquittal (ECF No. 308) be, and the same hereby is, DENIED without prejudice.

DATED July 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**