LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ, ERICSSON & GAFFNEY, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
luke@oronozlawyers.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANIEL BARNES,<br><br>            Defendant. | CASE NO.:   2:13-cr-00423-JCM-GWF<br><br>**NOTICE OF APPEAL** |

   NOTICE is given that DANIEL BARNES, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on the 8th day of August, 2016.

   Dated this 15th day of August, 2016.

                                                            */s/ Lucas Gaffney*
                                                            LUCAS J. GAFFNEY, ESQ.
                                                            Nevada Bar No. 12373
                                                            1050 Indigo Drive, Suite 120
                                                            Las Vegas, Nevada 89145
                                                            *Attorney for Daniel Barnes*

## **CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz, Ericsson & Gaffney, LLC, and am a person of such age and discretion as to be competent to serve papers.

That on August 15, 2016, I served an electronic copy of the above and foregoing NOTICE OF APPEAL by electronic service (ECF) to the person named below.

DANIEL BOGDEN
United States Attorney
CRISTINA SILVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
*Counsel for the United States*

 /s/ Rachael Stewart
Employee of Oronoz, Ericsson & Gaffney, LLC