# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 16-10350 |
| | ) | |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:13-cr-00423-JCM-GWF |
| | ) | |
| DANIEL JAMES BARNES | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |
| | ) | |

Pursuant to the order filed August 17, 2016, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Julian Gregory is appointed to represent Daniel James Barnes for this appeal. Mr. Gregory's address is 324 S. 3rd Street., Suite 200, Las Vegas, NV 89101 and his phone number is 702-625-1183.

Former counsel, Lucas Gaffney is directed to forward the file to Mr. Gregory forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED August 24, 2016.
Nunc Pro Tunc Date: August 23, 2016

_____
UNITED STATES DISTRICT JUDGE