# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 16-10350 |
| Plaintiff-Appellee, | ) | |
| vs. | ) | 2:13-cr-00423-JCM |
| DANIEL JAMES BARNES, | ) | |
| Defendant-Appellant. | ) | **ORDER** |

Pursuant to the order filed December 5, 2017, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Lisa A. Rasmussen is appointed to represent Daniel James Barnes for this appeal. Ms. Rasmussen's address is 601 South 10th Street, Suite 100, Las Vegas, NV 89101 and her phone number is 702-471-1436.

Former counsel, Julian R. Gregory's Office is directed to forward the file to Ms. Rasmussen forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED December 14, 2017.

_____
UNITED STATES DISTRICT JUDGE