KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorney for Daniel Barnes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL BARNES,<br><br>Defendant. | CASE NO. 2:13-cr-0423-JCM<br><br>**MOTION FOR PRESENTENCE REPORT AND ORDER** |

Defendant, Daniel Barnes submits this motion to release his Presentence Report to Kathleen Bliss Esq., counsel for defendant, showing the Court as follows:

1. On April 6, 2016, Mr. Barnes was convicted. ECF No. 277. This Court sentenced him to 360 months imprisonment on August 4, 2016. ECF No. 315.

2. On May 10, 2021 Kathleen Bliss, Esq, filed her designation of retained counsel. ECF No. 342. This is counsel's first engagement of representation for Mr. Barnes.

3. Counsel requests that this Court enter an order allowing her to access Mr. Barnes' Presentence Report to assist her in her representation of Mr. Barnes.

Dated this 12th day of May 2021.

Respectfully submitted,

KATHLEEN BLISS LAW PLLC

 /s/ Kathleen Bliss
KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
1070 W. Horizon Ridge Pkwy., Suite 202
Las Vegas, Nevada 89012
Telephone: 702.463.9074

**IT IS SO ORDERED**:

Based on the Motion for Release of Presentence Report, and for good cause showing, it is ORDERED that the Presentence Report for Defendant Daniel Barnes shall be released to counsel for Defendant by the United States Probation Office.

DATED: May 19, 2021

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE